ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
PETER F. LAURA, SBN 116426 (CA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
The Phillip Burton Federal Building
450 Golden Gate Avenue, 5 West, P.O. Box 36025
San Francisco, CA  94102
Telephone No. (415) 522-3077
Fax No. (415) 522-3425
Email: Peter.laura@eeoc.gov

*Attorneys for Plaintiff EEOC*

CHARLES C. CAVANAGH, SBN 198468 (CA)
MESSNER REEVES LLP
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone No. (303) 623-1800
Fax No. (303) 623-0552
Email: ccavanagh@messner.com

AMISH SHAH, SBN 263181 (CA)
11620 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
Telephone No: (310) 909-7440
Facsimile: (310) 889-0896
Email: ashah@messner.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.; CHIPOTLE SERVICES, LLC.<br><br>Defendants. | Case No.: 5:17-cv-05382-BLF<br><br>**STIPULATION TO CONTINUE DEADLINES AND ~~PROPOSED~~ ORDER AS MODIFIED BY THE COURT** |

Pursuant to Rules 17-12 and 37-3 of the Civil Local Rules of the U.S. District Court for the Northern District of California, Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION (hereinafter "EEOC") and Defendants CHIPOTLE MEXICAN GRILL, INC. and CHIPOTLE SERVICES, LLC., (hereinafter "Parties") hereby stipulate and request that, due to the government shutdown that stayed this case for thirty-five days, the court order a continuance of certain pretrial deadlines.

On December 21, 2018, federal government appropriations lapsed causing the EEOC to shut down.  On December 26, 2018, the parties filed a stipulation requesting that this Court grant a stay in the case for the duration of the shutdown, [ECF 49].  On December 27, 2018, this Court granted a stay in the case for the duration of the shutdown. [ECF 50].  Because the stay has caused the discovery in this case to be delayed, the parties request the continuance of the following deadlines:

| Schedule | Current Date | Date Proposed |
| --- | --- | --- |
| Fact Discovery cut-off | May 1, 2019 | June 3, 2019 |
| Initial expert reports (Rule 26(a)(2)(b)) | June 3, 2019 | June 17, 2019 |
| Opposition expert reports due | July 1, 2019 | July 15, 2019 |
| Expert discovery cut-off | August 1, 2019 | August 15, 2019 |
| Dispositive motions filing deadline | August 29, 2019 | September 12, 2019 |
| Last day to hear dispositive motions | October 3, 2019 | October 17, 2019 |

The parties have made no prior requests to extend the affected deadlines.

IT IS SO STIPULATED.

Dated:  February 12, 2019          U. S. EQUAL EMPLOYMENT
                                   OPPORTUNITY COMMISSION


                                   By:  */s/ Peter F. Laura*
                                        PETER F. LAURA
                                        Attorney for Plaintiff EEOC

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 12, 2019 | MESSNER REEVES LLP |
| 3 | | By: /s/ Amish Shah |
| 4 | | AMISH SHAH<br>Attorney for Defendants |

Local Rule 5-1(i)(3) Attestation

    I, Peter F. Laura am the ECF User whose ID and password are being used to file the Stipulation and Proposed Order in compliance with Local Rule 5-1. Pursuant to Civil Local Rule 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) with this e-filed document.

| | | |
|---|---|---|
| | Dated: February 12, 2019 | U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| | | By: */s/ Peter F. Laura* |
| | | PETER F. LAURA<br>Attorney for Plaintiff EEOC |

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the following deadlines be
2 continued:
3     The fact discovery cut-off shall be continued from May 1, 2019 to June 3, 2019;
4     The deadline for initial expert reports shall be continued from June 3, 2019 to June 17, 2019;
5     The deadline for opposition expert reports shall be continued from July 1, 2019 to July 15,
6 2019;
7     The expert discovery cut-off shall be continued from August 1, 2019 to August 15, 2019;
8     ~~The dispositive motions filing deadline shall be continued from August 29, 2019 to September~~
9 ~~12, 2019; and~~
10     ~~The last day to hear dispositive motions shall be continued from October 3, 2019 to October~~
11 ~~17, 2019.~~
12     **The hearing date for dispositive motions remains October 3, 2019.**

Dated: February 13, 2019

_/s/ Beth Labson Freeman_
HON. BETH LABSON FREEMAN
United States District Court Judge

STIPULATION TO CONTINUE DEADLINES
AND ~~[PROPOSED]~~ ORDER
Case No.: 5:17-cv-05382-BLF

4